## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

MONUMENTAL LIFE INSURANCE   :
COMPANY,                    :
                            :
    Plaintiff,          :
                            :  CIVIL ACTION NO.
v.                          :  1:07-CV-0558-JOF
                            :
ROBERT M. SMITH, JR., et al., :
                            :
    Defendants.         :

## **ORDER**

The instant matter is before the court on Defendant Robert Smith's Motion to Deny [24] filed November 3, 2008 and Motion for Reconsideration filed January 16, 2009 [26]. Defendant's current motions are simply a re-articulation of his Motion to Deny filed on August 4, 2008, which the court construed as a motion to open default and denied. The court construes the instant motion to deny as a motion for reconsideration. Pursuant to Local Rule 7.2(E) motions for reconsideration should not be filed as a matter of routine practice and should be filed only when absolutely necessary. Here, Defendant fails to offer any reason for the court to reconsider. Defendant's Motion to Deny [24] and Motion for Reconsideration [26] are DENIED.

**IT IS SO ORDERED** this 14th day of April 2009.


                                                                                 s/ J. Owen Forrester
                                                                               J. OWEN FORRESTER
                                        SENIOR UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)